ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| JIMMY GRIFFIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV 305-89 |
| TIMOTHY C. WARD, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. The Magistrate Judge concluded the facts alleged in the instant complaint (CV 305-089) were too closely related to those already alleged in another pending complaint filed by Plaintiff (CV 305-083) to merit the opening of a separate case. Plaintiff's objections (doc. 5) do nothing to alter this analysis. It would be needlessly duplicative to allow Plaintiff to proceed independently with two (2) very similar cases against the same defendants at the same time. Accordingly, the Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion of the Court, Plaintiff's motion to proceed *in forma pauperis* is **DENIED**, and the captioned matter is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** the case. If Plaintiff wishes to amend his complaint filed in CV 305-083, he may do so.

So ORDERED.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: July __, 2005

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Jimmy Griffin, Pro-se

CASE NO: CV305-089

DATE SERVED: July 13, 2005

SERVED BY: Cindy Reynolds CR

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate